## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIN ALBERTS, TIMOTHY ALBERTS, and MICHAEL PIETRANTONIO, on behalf of themselves and all others similarly situated, | ) ) ) ) ) |
| Plaintiffs, | ) Case No. 1:13-cv-12259-JLT |
| v. | ) Hon. Joseph L. Tauro |
| LOWE'S HOME CENTERS, INC., | ) |
| Defendant. | ) |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Erin Alberts, Timothy Alberts, and Michael Pietrantonio hereby give notice of their Dismissal Without Prejudice against Defendant Lowe's Home Centers, Inc. Except as otherwise agreed, each party shall bear his or its own costs and expenses, including attorneys' fees.

Dated: October 7, 2013

Respectfully Submitted,

ERIN ALBERTS, TIMOTHY ALBERTS, and MICHAEL PIETRANTONIO, on behalf of himself and all others similarly situated

By: _____
One of the Attorneys for
Plaintiff and the Putative Class

Alexander Shapoval
*ashapoval@siprut.com*
**SIPRUT PC**
1 Winnisimmet Street
Chelsea, MA 02150
Tel: 617.889.5800
Fax: 617.884.3005

Joseph J. Siprut*
*jsiprut@siprut.com*
**SIPRUT PC**
17 North State Street, Suite 1600
Chicago, Illinois  60602
Tel: 312.236.0000
Fax:  312.948.9196

\*  Admitted *pro hac vice*

4813-2359-5542, v.  1

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing **Notice of Dismissal Without Prejudice** was filed electronically with the Clerk of the Court using the CM/ECF system on October 7, 2013 and served electronically on all counsel of record.

      /s/ Alex Shapoval, Esq.

4813-2359-5542, v. 1